UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: |
ARREDONDO, MELISSA |
| CASE NO. 05-66909
Debtor | Chapter 7

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 3/22/07, the Trustee filed his Final Report.

2. That on 3/26/07, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. One of said checks, namely Check No 108, dated 3/26/07, in the amount of 194.89 was mailed to the payee thereof, namely MBNA America Bank, N.A.; said check has never been cashed nor has the check been returned and is now over the 90 day limit and is therefore stale; pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No. 109, dated 4/10/07 in said amount payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $194.89 into the Treasury Fund 6047BK, on behalf of said creditor and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Kevin Schmidt, 370 W. 80th Place, Merrillville, IN 46410
MBNA America Bank, N.A., Mailstop DE5-014-02-03, P.O. Box 15168, Wilmington, DE 19850

Dated: 12/1/09         /s/Gordon E. Gouveia
                        Gordon E. Gouveia, Trustee